UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


TOM FRANKLIN

      v.                                  CA 14-480 ML

TARRANT COUNTY APPRAISAL BOARD


ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on November 7, 2014. No objection has been filed and the time for doing so has passed. The Court adopts the Report and Recommendation. The Complaint is hereby DISMISSED pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i), (ii) and (iii).


SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
December 2, 2014