UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TOM FRANKLIN

v.                                                                                          C.A. No. 14-480

TARRANT COUNTY APPRAISAL BOARD

ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on January 7, 2015. The Court adopts the Report and Recommendation.

Plaintiff's Motion for Leave to Appeal In Forma Pauperis is DENIED.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
January 20, 2015